# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David D. Alm, being duly sworn on oath, depose and state that I have been employed as a Special Agent with the Federal Bureau of Investigation (hereinafter, "FBI") since July 7, 2019, and I am currently assigned to the Nashville Division, Memphis Resident Agency, Complex Financial Crimes Squad.

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since July 7, 2019.  I have completed the FBI Basic Field Training Course to include specific training in how to conduct investigations.  In addition to FBI experience, I served in the United States Army Military Police from 2013 until 2019, achieving the rank of Captain.  Prior to joining the Army, I served as a Patrol Officer in the Oxford, Mississippi Police Department from 2008 until 2013.  I have investigated violations of Federal Criminal Code, the Uniform Code of Military Justice, and the Mississippi Criminal Code.

2.      I am an investigative or law enforcement officer of the United States within the meaning of section 2510(7) Title 18, United States Code, and am empowered by law to conduct investigations and make arrests.

3.      The events described five of this affidavit occurred during the Memphis SAFE Crime Initiative; I was not present during the investigations described within this paragraph. The facts in this affidavit come the information were obtained from my own findings, my training and experience, other agents, law enforcement officials, and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.  Based on the facts set forth in this affidavit, there is

probable cause to believe that Jesus Escobar-Villalta (hereinafter "ESCOBAR-VILLALTA") committed a violation of **18 U.S.C. § 111(a)(1).**

## STATEMENT OF PROBABLE CAUSE

4.      There is probable cause to believe that ESCOBAR-VILLALTA violated **18 U.S.C. § 111(a)(1)** based on the facts set forth below:

5.      On October 29, 2025 at approximately 2:29 PM,    Tennessee Highway Patrol (THP) Trooper Christian Robertson stopped a vehicle in the area of in the area of 2811 Getwell RD, Memphis, TN 38118 for multiple violations including moving and nonmoving offenses. Members of the Memphis SAFE Task Force were present at the stop. ESCOBAR-VILLALTA provided a Honduras identification to Trooper Robertson. A Border Patrol Agent who was riding in Trooper Robertson's patrol vehicle determined the identification was fake and that ESCOBAR-VILLALTA was an illegal immigrant from Honduras. Law enforcement officers directed ESCOBAR-VILLALTA to exit his vehicle.    ESCOBAR-VILLALTA did not comply. Law enforcement officers attempted to remove ESCOBAR-VILLALTA from the vehicle. ESCOBAR began to resist the law enforcement officers. ESCOBAR-VILLALTA grabbed the holstered and loaded firearm of Federal Bureau of Investigation Special Agent (SA) Ryan Delaney and attempted to pull the firearm out of SA Delaney's holster. United States Marshals Deputy Daniel Holland rushed to assist law enforcement officers in the struggle with ESCOBAR-VILLALTA. ESCOBAR-VILLALTA bit the inner right thigh of Deputy Holland. Law enforcement officers overcame ESCOBAR-VILLALTA's resistance and detained him.    ESCOBAR-VILLALTA assaulted, resisted, opposed, impeded, intimidated, or interfered with SA Delaney and Deputy Holland while they were engaged in the performance of their official duties.

6.     I spoke with Trooper Robertson.  Trooper Robertson said he reviewed THP footage of the incident and the footage showed ESCOBAR-VILLALTA grab an FBI Agent's firearm.  The footage was not available for me to personally review at the time as it was uploading to THP systems.

7.     I spoke with Deputy Holland.  Deputy Holland told me ESCOBAR-VILLALTA bit him. Agents met Deputy Holland where he was receiving medical treatment.  Agents photographed Deputy Holland's injuries and observed that Deputy Holland's inner right thigh, right knee, and right hand had injuries consisting of scrapes on his hand and knee and an injury consistent in appearance with a bite mark which had broken Deputy Holland's skin on his right thigh.

8.     I spoke to SA Delaney.  SA Delaney told me he felt a tug on his firearm during the altercation with ESCOBAR-VILLALTA and announced to other law enforcement officers that ESCOBAR-VILLALTA was going for his gun.

9.     SA Delaney and Deputy Holland are Federal law enforcement officers of the United States Department of Justice.

10.     All the above occurred within the Western District of Tennessee.

(space intentionally left blank)

4

## **CONCLUSION**

Based on my investigation, I believe that there is probable cause to believe that

ESCOBAR-VILLALTA committed the criminal violations as set forth in this criminal complaint

and respectfully request that the Court issue an arrest warrant.

Respectfully submitted,

David D. Alm
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.
Sworn to and subscribed before me by telephone this the 30th day of October 2025.

s/Tu M. Pham

HONORABLE TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE